```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11217
   WIOLETTA K BORECKA KOLCAN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
          Debtor
    SSN XXX-XX-4038


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/02/08 and confirmed on 08/01/08.

    2.  The case was dismissed after confirmation, 12/05/2008.

    3.  The Debtor paid a total of $    3600.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE     3391.20            .00        3391.20
HSBC MORTGAGE             UNSECURED         NOT FILED          .00            .00
FORD MOTOR CREDIT CO      SECURED VEHIC         .00            .00            .00
FORD MOTOR CREDIT CO      SECURED VEHIC         .00            .00            .00
HSBC                      UNSECURED         NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED         NOT FILED          .00            .00
HOME DEPOT CREDIT SERVIC  UNSECURED         NOT FILED          .00            .00
SAMS CLUB                 UNSECURED         NOT FILED          .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED          .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED          .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    3391.20       .00          .00          .00       3391.20
PRINCIPAL PAID        3391.20       .00          .00          .00       3391.20
INTEREST PAID             .00       .00          .00          .00           .00
TOTAL PAID            3391.20       .00          .00          .00       3391.20
The Debtor's attorney, PAUL M BACH                , was allowed $   3500.00
and was paid $    274.00  direct and $      .00  through the plan.

The Trustee received $    208.80 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE